

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2020

No. 04-20-00424-CV

**IN RE** David E. **MARTINEZ**

From the County Court at Law, Val Verde County, Texas
Trial Court No.
Honorable Lewis G. Owens Jr., Judge Presiding

# O R D E R

Sitting:  Patricia O. Alvarez, Justice
    Luz Elena D. Chapa, Justice
    Beth Watkins, Justice

On July 27, 2020, Relator filed a petition for writ of mandamus and requested expedited consideration due to the upcoming deadline to send out ballots.

This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). Respondent and Real Party in Interest may file a response to the petition in this court **no later than September 4, 2020.** Any response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** August 28, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT